IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STADFORD R. JOHNSON, IDOC # N78111 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 10-652-GPM |
| ) | |
| KEVIN ROUSEY, et al ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Pursuant to the May 12, 2011 mandate in appellate case no. 11-1767 from the United States Court of Appeals, Seventh Circuit (Doc. 33), the agency having custody of the plaintiff, Stadford Johnson, is directed to remit the appellate docketing fee of $455.00 from his prison trust fund account if such funds are available. If he does not have $455.00 in his account, the agency must send 20% of the current balance or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the Plaintiff's trust fund account to the Clerk of Court each time the Plaintiff's account exceeds $10.00 until the statutory appeal fee of $455.00 is paid in its entirety. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, P.O. Box 249, East St. Louis, Illinois 62202. The United States Court of Appeals is notified, via a copy of this order.

**IT IS SO ORDERED.**

DATED: May 18, 2011

/s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge